JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
ROBERT KNIEF
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Robert.Knief@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-0161-RFB-VCF |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE TRIAL SETTING** |
| CHRISTOPHER HOUSLEY, and | |
| STEVEN J. MOYER, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, through Jason M. Frierson United States Attorney and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Jess Marchese, counsel for Stephen Housley, and Daniel Hill, counsel for Steven Moyer, that the call of calendar setting currently scheduled for January 3, 2023, and the trial setting of January 13, 2023, be vacated and re-set until at date and time convenient to this Court, but no sooner than 60 days.

The Stipulation is entered into for the following reasons:

1. Counsel for the Defendants continue to look at possible pretrial motions that need to be filed with the Court. They continue to meet with their clients and need additional time to review discovery.

2. Defendant Housley is not in custody and agrees to a continuance.

3. Defendant Moyer is not in custody and agrees to a continuance.

4. The additional time requested herein is not sought for purposes of delay and the denial of this request could result in the miscarriage of justice.

5. All parties agree to the continuance.

6. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), when considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i) and 3161 (h)(7)(B)(iv). In addition, the continuance sought is not for delay and the ends of justice are in fact served by the granting of such continuance which outweigh the best interest of the public and the defendant in a speedy trial.

7. This is the fourth stipulation to continue filed herein.

DATED this 30th day of December, 2022.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

 /s/ Robert Knief
ROBERT KNIEF
Assistant United States Attorney


 /s/ Jess Marchese
JESS MARCHESE
Counsel for Defendant Housley


 /s/ Daniel Hill
DANIEL HILL
Counsel for Defendant Moyer

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER HOUSLEY, and<br><br>STEVEN J. MOYER,<br><br>Defendants. | Case No. 2:22-cr-0161-RFB-VCF<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |

### FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the government and counsel for Defendants Housley and Moyer agree to continue the current call of calendar set for January 3, 2023.

2. Counsel for the government and counsel for Defendants Defendants Housley and Moyer, agree to continue the current trial setting of January 13, 2023.

3. Defendant Housley is currently not in custody and agrees to a continuance.

4. Defendant Moyer is currently not in custody and agrees to a continuance.

5. All parties agree to the continuance.

6. The additional time requested herein is not sought for purposes of delay and the denial of this request could result in the miscarriage of justice.

### CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be

3

likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence. The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

**ORDER**

IT IS HEREBY ORDERED that the call of calendar setting currently scheduled for January 3, 2023, be vacated and continued to __March 21__, 2023, at the hour of __1__ : __30__ p.m.

IT IS HEREBY ORDERED that the trial currently scheduled for January 13, 2023, be vacated and continued to __March 27__, 2023, at the hour of __9__ : __00__ __a__ .m.

DATED this __2nd__ day of __January__ 2023.

_____
HONORABLE RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE