DANIEL HILL, ESQ.
HILL FIRM PLLC
Nevada Bar No. 12773
2810 W. Charleston Blvd. #75
Las Vegas, Nevada 89102
(702) 848-5000
dan@hillfirmlawyers.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-cr-00161-RFB-MDC |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING DATE** |
| vs. | **(First Request)** |
| STEVEN MOYER, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Jason Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Daniel Hill, counsel for Defendant Steven Moyer, that the Defendant's sentencing date, currently scheduled for February 12, 2024, be extended to a date and time convenient for the Court around 30 days after the current sentencing date, on a Monday for scheduling purposes.

The Stipulation is entered into for the following reasons:

1.     Defendant is aware of this request and is in agreement.

2.     Defense counsel starts a two-week jury trial in 8th Judicial District Court on the same day as sentencing in this case (in C-23-370708-2).

3.     The additional time requested is not for the purposes of delay, but to allow defense counsel adequate time to produce a memorandum and prepare for sentencing in light of the State trial.

4.     Denial of this request for continuance could result in a miscarriage of justice.

5.      Accordingly, the parties hereby stipulate to continue Defendant Steven Moyer's sentencing date for approximately 30 days, on a Monday for scheduling purposes.

DATED this 7th day of February 2024.

By: */s/ Robert Knief*

ROBERT KNIEF
*Counsel for the Government*

By: */s/ Daniel Hill*

DANIEL HILL
*Counsel for the Defendant*

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>STEVEN MOYER,<br><br>      Defendant. | 2:22-cr-00161-RFB-MDC<br><br>**ORDER** |

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

IT IS THEREFORE ORDERED that sentencing in the above-captioned matter currently scheduled for February 12, 2024 be vacated and continued to March 26, 2024 at 9:15 a.m.

DATED this the 8th day of February, 2024

_____
HON. RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE